IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ETHEL HOOPER,

        Plaintiff,                       No. CIV S-06-2448 EFB

        vs.

MIKE LEAVITT, Secretary of
Health & Human Services, et al.,      ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

        Counsel for defendant has notified the court that the parties have settled the above-captioned case. The court now orders that dispositional documents are to be filed not later than twenty (20) days from the date of this order.

        All hearing dates set in this matter are **VACATED.**

        <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

        IT IS SO ORDERED.

DATED: February 20, 2007.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE