IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL HOOPER,<br><br>              Plaintiff,<br><br>   v.<br><br>MIKE LEAVITT, SECRETARY OF HEALTH & HUMAN SERVICES, et al.<br><br>              Defendants. | Case No. 2:06-CV-02448-EFB<br><br>ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |

This action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation for Compromise Settlement, Releases and Dismissal filed herein on March 12, 2007. The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

DATED: March 21, 2007.

_____
EDMUND F. BRENNAN
United States Magistrate Judge

Order of Dismissal Pursuant to Stipulation Between the Parties